# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 10-02646-BKT |
| SALVADOR VARGAS BARRA <br> AND ISABEL I. BLANCO GARROTE | CHAPTER 13 |
| Debtor(s) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

Comes now Banco Popular de Puerto Rico ("BPPR"), through its undersigned counsel and very respectfully states and prays:

1. BPPR a secured creditor herein, has engaged the services of Parra, Del Valle & Limeres, to represent it in the instant case.

2. BPPR requests that all notices and documents be forwarded to the undersigned's law offices at the following address:

> CARLOS G. BATISTA-JIMÉNEZ, ESQ.
> PARRA, DEL VALLE & LIMERES
> P.O. Box 331429
> Ponce, Puerto Rico 00733-1429
> Tel. (787) 848-4900
> Fax (787) 848-5005
> Email: cbatista@pdvl.com

WHEREFORE, it is respectfully prayed that this Court takes notice of the above, and that the undersigned law offices be included in the Electronic Mail Notice List.

CERTIFICATE OF SERVICE: I hereby certify that <u>on this same date</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Monsita Lecaroz Arribas, Esq.,

ustpregion21.hr.ecf@usdoj.gov; Mr. José R. Carrión Morales, Chapter 13 Trustee, ecfmail@ch13-pr.com; and José M. Prieto Carballo, Debtors' Attorney, jpc@jpclawpr.com.

Ponce, Puerto Rico, this 30th day of June, 2010.

s/ Carlos G. Batista Jiménez  
Carlos G. Batista-Jiménez  
USDC-PR 206711  
Attorneys for Movant  
PARRA, DEL VALLE & LIMERES  
PO Box 331429  
Ponce, Puerto Rico 00733-1429  
Tel. (787) 848-4900  
Fax (787) 848-5005  
Email: cbatista@pdvl.com
