```
                              United States Bankruptcy Court
                                  District of Puerto Rico

In re:                                                              Case No. 10-02646-BKT
SALVADOR VARGAS BARBA                                               Chapter 13
ISABEL I BLANCO GARROTE
     Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0104-3          User: machargoa          Page 1 of 1          Date Rcvd: Jun 10, 2011
                              Form ID: pdf001          Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2011.
db/jdb        +SALVADOR VARGAS BARBA,    ISABEL I BLANCO GARROTE,    P O BOX 367086,    SAN JUAN, PR 00936-7086
smg            DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg            FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
smg            PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
                 SAN JUAN, PR 00918
cr             BANCO POPULAR PR,    CARLOS G BATISTA JIMENEZ ESQ,    PO BOX 331429,    PONCE, PR 00733-1429
cr            +DORAL BANK VTQ,    MARTINEZ & TORRES LAW OFFICES P S C,    PO BOX 192938,
                 SAN JUAN, PR 00919-3409
2951548        AT&T,   P O BOX 6463,    CAROL STREAM, IL 60197-6463
2956079        BANCO DE DESARROLLO ECONOMICO,    PO BOX 2134,    SAN JUAN PR 00922 2134
2962789        BANCO POPULAR DE PUERTO RICO,    BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PR 00936-6818
2951549       +BPPR,   P O BOX 366818,    SAN JUAN, PR 00936-6818
2956080        DEPT DE TRANSPORTACION Y OBRAS PUBLICAS,    PO BOX 41269,    SAN JUAN PR 00940 1269
2951551        DEPT HACIENDA DE PR,    P O BOX 9024140,    SAN JUAN, PR 00902-4140
2974130       +DORAL BANK,    MARTINEZ & TORRES LAW OFFICES, P.S.C.,    PO BOX 192938,    SAN JUAN, PR 00919-3409
2951552       +DORAL MORTGAGE,    P O BOX 70308,    SAN JUAN, PR 00936-8308
2978128        Department of Treasury,    Bankruptcy Section (424-B),    PO Box 9024140,    San Juan, PR 00902-4140
3131201       +Department of Treasury,    Bankruptcy Section (Suite 1504),    235 Ave. Arterial Hostos,
                 San Juan Puerto Rico 00918-1451
2951554        FIRST BANK,    FIA CARD SERVICES,    WILMINGTON, DE 19886-5019
2951555       +MERCHANT,    ELAVON,    7300 CHAPMAN HIGHWAY,    Knoxville, TN 37920-6612
2986210       +PELICAN REEF,    950 CALLE BASTIA APT 708,    COND PELICAN REEF,    RINCON PR 00677-2565
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jun 10 2011 18:53:59      US TRUSTEE,    EDIFICIO OCHOA,
               500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
cr            +E-mail/PDF: rmscedi@recoverycorp.com Jun 10 2011 20:33:47      RECOVERY MANAGEMENT SYSTEMS CORP,
               FOR GE MONEY BANK (DBA JCPENNEY),    25 SE 2ND AVE, SUITE 1120,    MIAMI, FL 33131-1605
2951550       +E-mail/Text: cfigueroa@crimpr.net Jun 10 2011 18:52:16      CRIM,    P.O. Box 195387,
               SAN JUAN, PR 00919-5387
2960598        E-mail/Text: maria.benabe@firstbankpr.com Jun 10 2011 18:52:05      FIRST BANK,
               BANKRUPTCY DIVISION,    PO BOX 9146,    SAN JUAN PR 00908-0146
2951553       +E-mail/Text: maria.benabe@firstbankpr.com Jun 10 2011 18:52:05      FIRST BANK,    PO BOX 9146,
               SAN JUAN, PR 00908-0146
2989630        E-mail/PDF: BNCEmails@blinellc.com Jun 11 2011 00:44:12      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2986211*      +BPPR,    PO BOX 366818,    SAN JUAN PR 00936-6818
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 12, 2011**           **Signature:** *Joseph Speetjens*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

Minute Entry

### Hearing Information:

Debtor: SALVADOR VARGAS BARBA and ISABEL I BLANCO GARROTE
Case Number: 10-02646-BKT13  Chapter: 13
Date / Time / Room: 6/9/2011 9:00 AM
Bankruptcy Judge: BRIAN K. TESTER
Courtroom Clerk: AIDA MACHARGO
Reporter / ECR: INECITA COLLAZO

### Matter:

Debtors post confirmation modification of plan dated 3/11/2011 (docket #32) & Trustees unfavorable recommendation (docket #33).

### Appearances:

ALEXANDRA RODRIGUEZ FOR TRUSTEE
JOSE M PRIETO CARBALLO FOR DEBTORS

### Proceedings:

**ORDER:**

The clerk to follow up on debtor's post confirmation modified plan dated 6/08/2011 [docket # 45 ]. If no objections are filed, the same will be approved without the need for a hearing.

**SO ORDERED.**

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge